# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TARA S. HOPPER, on behalf of herself and all others similarly situated, ) | Judge Edmond A. Sargus |
| ) | |
| Plaintiff, ) | Case No.: 2:20-cv-00522 |
| ) | |
| v. ) | Magistrate Judge Chelsea M. Vascura |
| ) | |
| CREDIT ASSOCIATES, LLC, ) and TRANS UNION, ) | |
| ) | |
| Defendants. ) | |

### CREDIT ASSOCIATES, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

NOW COMES Defendant Credit Associates, LLC, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(1) hereby moves to dismiss Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction.  A memorandum of law is being filed contemporaneously with and in support of this motion and is incorporated herein by reference.

WHEREFORE, Defendant Credit Associates, LLC respectfully moves this Honorable Court to grant its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and dismiss Plaintiff's Second Amended Complaint with prejudice, and for all further and additional relief that this Court deems equitable and just.

2

| | |
|---|---|
| Dated: April 28, 2021 | Respectfully Submitted, |
| | |
| | s/ Andrew E. Cunningham |
| | Andrew E. Cunningham (*pro hac vice*) |
| | Sessions, Israel, & Shartle, LLC |
| | 141 West Jackson Boulevard, Suite 3550 |
| | Chicago, Illinois 60604 |
| | Telephone: (312) 578-0992 |
| | Email: acunningham@sessions.legal |
| | |
| | Matthew L. Schrader (0074230) |
| | Reminger Co., L.P.A. |
| | 200 Civic Center Drive, Suite 800 |
| | Columbus, Ohio 43215 |
| | Telephone: (614) 232-2631 |
| | Email: mschrader@reminger.com |
| | |
| | *Attorneys for Defendant* |
| | *Credit Associates, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2021, a true and correct copy of **Credit Associates, LLC's Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Subject Matter Jurisdiction** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/ Andrew E. Cunningham*

*Attorney for Defendant*
*Credit Associates, LLC*