# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Tara S. Hopper, | : | |
| | : | Case No. 2:20-cv-00522 |
| **Plaintiff** | : | |
| | : | Judge Edmund A. Sargus |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| Credit Associates, LLC, et al., | : | |
| | : | |
| **Defendants.** | : | |

### SUGGESTION OF DEATH OF PLAINTIFF, TARA HOPPER

Now comes undersigned counsel on behalf of Plaintiff, Tara Hopper, and does hereby give notice of the death of Tara Hopper on June 30, 2021. Plaintiff's counsel recently obtained the death certificate attached as Exhibit A for the Court's records.

**Luftman, Heck & Associates, LLP**

*/s/ Jeremiah E. Heck*
Jeremiah E. Heck (0076742)
6253 Riverside Drive, Ste 200
Dublin, Ohio  43017
Phone: (614) 224-1500
Fax: (614) 224-2894
jheck@lawLH.com
Attorney for Plaintiff

**Kitrick, Lewis, & Harris Co., L.P.A.**

*/s/ Mark D. Lewis*
Mark D. Lewis (0063700)
445 Hutchinson Avenue, Suite 100
Community Corporate Center
Columbus, OH 43235-8630
Phone: (614) 224-7711
Fax: (614) 225-8985
mlewis@klhlaw.com
 *Attorney for Plaintiff*

1

**Law Office of Brian M. Garvine, LLC**

*/s/ Brian M. Garvine*
Brian M. Garvine, 0068422
Law Office of Brian M. Garvine, LLC
5 E. Long Street, Suite 1100
Columbus, Ohio 43215
Brian@garvinelaw.com
*Attorney for Plaintiff*

**Robert J. Wagoner, Co., L.L.C.**

*/s/ Robert J. Wagoner*
Robert J. Wagoner (0068991)
107 W. Johnstown Road
Gahanna, Ohio 43230
Phone: (614) 796-4110
Fax (614) 796-4111
Bob@wagonerlawoffice.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and exact copy of the foregoing document was filed electronically on August 2, 2021 via this Court's CM/ECF system and notice of this filing will be sent to all parties by operation of the Court's electronic Filing System pursuant to S.D. Rule 5.2.

              */s/ Jeremiah E. Heck*
              Jeremiah E. Heck
              *Attorney for Plaintiff*