UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TARA S. HOPPER,**

    **Plaintiff,**

   v.
                        **Case No. 2:20-cv-522**
                                  **JUDGE EDMUND A. SARGUS, JR.**
                                  **Magistrate Judge Chelsey M. Vascura**

**CREDIT ASSOCIATES, LLC,** *et al.***,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on December 3, 2021. (ECF No. 109.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. (*Id.*) Accordingly, for the reasons set forth in the Report and Recommendation, Plaintiff's Motion for Leave is **GRANTED IN PART** and **DENIED IN PART**. (ECF No. 92.) Thus, the Court **ORDERS** as follows:

1. The estate of Ms. Tara S. Hopper (the "Hopper Estate") is **SUBSTITUTED** as Plaintiff for Ms. Hopper's remaining claims for statutory damages and attorney's fees and costs under the Fair Credit Report Act (the "FCRA"), 15 U.S.C § 1681.
2. Ms. Hopper's preexisting claims for punitive and declaratory relief are **DISMISSED**.
3. The Hopper Estate's request to file an amended Complaint in order to (1) correct an error in Defendant Trans Union's name in the case caption; (2) withdraw claims for negligent violation of the FCRA; and (3) make other "simplifying and clarifying edits" to other allegations is **GRANTED**. (ECF No. 92.) Accordingly, the Clerk is **DIRECTED** to file Plaintiff's proposed Third Amended Complaint, attached to their Motion for Leave as "Exhibit 2." (*Id.* at PageID #792-815.)
4. Mr. Steven Smith is **JOINED** as an additional Plaintiff and putative representative in this action. (ECF No. 92.)

This case shall remain open on the docket of this Court.

**IT IS SO ORDERED**.

<u>**3/25/2022**</u>  <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE** **EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**