**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Tara S. Hopper,** | : | |
| | : | **Case No. 2:20-cv-00522** |
| **Plaintiff,** | : | |
| | : | **Judge Edmund A. Sargus** |
| **v.** | : | |
| | : | **Magistrate Judge Chelsey M. Vascura** |
| **Credit Associates, LLC, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO VACATE APRIL 18, 2022 SETTLEMENT CONFERENCE**

Now come the Parties, by and through counsel, and respectfully request this Court vacate the Settlement Conference scheduled for April 18, 2022.

Before the Parties engaged in discovery efforts, the original named Plaintiff, Tara S. Hopper, unexpectedly passed away. On March 25, 2022, the Court allowed the filing of a Third Amended Complaint, which substituted Hopper's estate as a party, and also added Steven Smith as an additional plaintiff. Since that time, the parties have not yet begun discovery efforts on the claims of Hopper's estate or those of the new plaintiff, Smith. Additionally, Plaintiff's counsel has advised of a possible motion to voluntarily dismiss the claims of the estate, which would leave Smith as the only remaining plaintiff. Accordingly, at this time, the Parties do not believe that they have sufficient information to meaningfully participate in a settlement conference.

In light of the current posture of the case, the Parties do not believe conducting a Settlement Conference on April 18, 2022 will be a productive use of the Court's or the Parties' resources. The Parties are in the process of jointly preparing a proposed Amended Scheduling Order and plan to include a Settlement Conference on that Order.

FOR GOOD CAUSE SHOWN, the Parties' Joint Motion to Vacate April 18, 2022 Settlement Conference should be granted.

Respectfully submitted,

*/s/ Brian M. Garvine*
Brian M. Garvine (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street
Suite 1100
Columbus, OH 43215
Phone (614) 223-0290
Fax (614) 221-3201
brian@garvinelaw.com

**Kitrick, Lewis, & Harris Co., L.P.A.**

*/s/ Mark D. Lewis*
Mark D. Lewis (0063700)
445 Hutchinson Avenue, Suite 100
Community Corporate Center
Columbus, OH 43235-8630
Phone: (614) 224-7711
Fax: (614) 225-8985
mlewis@klhlaw.com

**Luftman, Heck & Associates, LLP**

*/s/ Jeremiah E. Heck*
Jeremiah E. Heck (0076742)
6253 Riverside Drive
Suite 200
Dublin, Ohio 43017
614-224-1500
614-224-2894-facsimile
JHeck@lawlh.com

**Robert J. Wagoner, Co., L.L.C.**

*/s/ Robert J. Wagoner*
Robert J. Wagoner (0068991)
Of Counsel to Kitrick, Lewis & Harris Co., L.P.A.
445 Hutchinson Avenue, Suite 100
Columbus, Ohio 43235
Phone: (614) 796-4110
Fax (614) 796-4111
bob@dwslaw.com
*Attorneys for Plaintiff*

*/s/ Michael O'Neil (per consent)*
Michael O'Neil
Reed Smith LLP
811 Main Street, 17th Floor
Houston, TX  77002
Michael.oneil@reedsmith.com
*Attorney for Trans Union*

*/s/ Matthew L. Schrader (per consent)*
Matthew L. Schrader
Reminger Co., LPA
200 Civic Center Drive, Suite 800
Columbus, Ohio 43215
MSchrader@reminger.com
*Attorney for Credit Associates*