IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEVEN SMITH, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>CREDIT ASSOCIATES, LLC AND TRANS UNION, LLC,<br><br>     Defendants. | No.: 2:20-cv-522<br><br>Judge Sargus<br><br>Magistrate Judge Vascura |

## RULE 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(iI) of the Federal Rules of Civil Procedure, Plaintiff Steven Smith ("Plaintiff") and Defendants Credit Associates, LLC ("Credit Associates") and Trans Union LLC ("Trans Union") hereby stipulate to the dismissal with prejudice of Plaintiff's individual claims against Credit Associates and Trans Union, without an award of fees or costs to any party.

Dated: February 13, 2023

Respectfully submitted,

*/s/ Brian M. Garvine (w/ permission)*

Brian M. Garvine (0068422)
Law Office of Brian M. Garvine, LLC
5 East Long Street, Suite 1100
Columbus, OH 43215
brian@garvinelaw.com

-and-

Mark D. Lewis (0063700)
Kitrick, Lewis & Harris Co., L.P.A.

*/s/ Matthew L. Schrader (w/permission)*

Matthew Lawrence Schrader (0074230)
Reminger & Reminger LPA
200 Civic Center, Suite 800
Columbus, Ohio 43215
mschrader@reminger.com

-and-

Bradley J. St. Angelos (pro hac vice)
Sessions, Israel & Shartle, LLC

445 Hutchinson Ave, Suite 100
Comm. Corporate Ctr
Columbus, OH 43235-8630
mlewis@klhlaw.com

-and-

Jeremiah E. Heck (0076742)
Luftman, Heck & Associates, LLP
6253 Riverside Drive, Suite 200
Dublin, Ohio 43017
JHeck@lawlh.com

-and-

Robert J. Wagoner (0068991)
Dittmer, Wagoner & Steele, LLC
107 W. Johnstown Road
Gahanna, Ohio 43230
bob@dwslaw.com

*Counsel for Plaintiff*

3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002-7227
bstangelo@sessions.legal

-and-

Dayle M. Van Hoose (pro hac vice)
Michael P. Schuette, Jr. (pro hac vice)
Sessions, Israel & Shartle, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618

*Counsel for Credit Associates, LLC*

/s/ Michael O'Neil (w/permission)

Michael O'Neil (pro hac vice)
Albert E. Hartmann (pro hac vice)
Reed Smith LLP
10 S. Wacker Drive
Chicago, IL 60606
michael.oneil@reedsmith.com
ahartmann@reedsmith.com

-and-

Adam J. Rocco (0083807)
Elizabeth Alexander (0096401)
Vorys, Sater, Seymour & Pease, LLP
52 E. Gay Street
Columbus, Ohio 43215
ajrocco@vorys.com
esalexander@vorys.com

*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 13, 2023, a true and accurate copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF-registered parties. Parties may access this filing through the Court's CM/ECF system.

*/s/ Michael O'Neil*